of the State of North Carolina. October 14, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Charles W. Tillett* for the plaintiff in error. No appearance for the defendant in error.

---

No. 228. FIDELITY TRUST CO., APPELLANT, *v.* LON H. GASKELL, RECEIVER. In error to the District Court of the United States for the Western District of Missouri. October 14, 1912. Dismissed with costs, per stipulation. *Mr. Frank Hagerman* and *Mr. Justin D. Bowersock* for the appellant. *Mr. John M. Cleary* for the appellee.

---

No. 233. THE UNITED STATES EXPRESS COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF NEBRASKA. In error to the Supreme Court of the State of Nebraska. October 14, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Charles J. Greene* and *Mr. Ralph W. Breckenridge* for the plaintiff in error. *Mr. Grant G. Martin* and *Mr. W. T. Thompson* for the defendant in error.

---

No. 317. ST. LOUIS & SAN FRANCISCO R. R. CO., PLAINTIFF IN ERROR, *v.* CASSIE KITCHEN. In error to the Supreme Court of the State of Arkansas. October 14, 1912. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. W. F. Evans* and *Mr. E. T. Miller* for the plaintiff in error. No appearance for the defendant in error.